MICHAEL PALMERI, Appellant, v CINDY PALMERI, Respondent.

Submitted April 17, 2017; decided May 9, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted March 27, 2017; decided May 9, 2017

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.